IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD L. CAMP JR., | ) | CASE NO. 4:07CV3200 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The Defendant's unopposed motion for an extension of time (Filing No. 15) is granted, and the Defendant's brief shall be filed on or before February 13, 2008.

DATED this 22nd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge